PROB 12C
(7/93)

Report Date: September 19, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Donavan Thomas Culps         Case Number: 2:08CR02026-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/1/2008

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 57 Months          Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Alexander Carl Ekstrom      Date Supervision Commenced: 7/2/2012

Defense Attorney:     Alex B. Hernandez, III      Date Supervision Expires: 7/1/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Culps tested positive for amphetamine and methamphetamine on August 24, 2012. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Cups failed to submit his monthly report form within the first 5 days for the month of September 2012.<br><br>On September 12, 2012, a home visit was conducted at the defendant's residence. This officer met with Mr. Culps' mother who reported the defendant was not home. She confirmed Mr. Culps was still residing at this residence. She was advised Mr. Culps has yet to submit his monthly report form as directed. A message was left for the defendant directing him to report to the U.S. Probation Office by September 14, 2012. She stated she would make sure he received this officer's message. On September 13, 2012, a late report letter was sent to Mr. Culps reminding him he failed to submit his monthly report form within the first 5 days of the month of September 2012. As of September 18, 2012, Mr. |

Prob12C
Re: Culps, Donavan Thomas
September 19, 2012
Page 2

Culps has yet to submit his monthly report form. Although Mr. Culps may still be residing in the White Swan/Harrah, Washington, area, his current whereabouts are unknown.

3   **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Culps failed to notify his probation officer of a change in his employment as of September 12, 2012.

On September 12, 2012, a home visit was conducted at the defendant's residence. This officer met with Mr. Culps' mother who reported the defendant was no longer employed at King Mountain Tobacco in White Swan, Washington. Mr. Culps failed to report a change in his employment.

4   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Culps failed to submit to random urinalysis testing at Merit Resource Services on August 22, September 10, and 18, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/19/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Fred Van Sickle

Signature of Judicial Officer

September 19, 2012
Date